IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:20-CR-171 |
| v. | |
| JORGE JOVEL-BOJORQUEZ, <br> a/k/a "Jorje Alberto Jovel," <br> a/k/a "Jorge Alberto," <br> a/k/a "Jose Jovel," | 8 U.S.C. § 1326(a) and (b)(2) <br> (Illegal Reentry After Removal After Conviction for an Aggravated Felony) |
| Defendant. | |

**INDICTMENT**
July 2020 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about August 27, 2019, in Arlington, Virginia, within the Eastern District of Virginia, the defendant, JORGE JOVEL-BOJORQUEZ, having been removed from the United States on or about February 16, 2012, and whose removal was subsequent to the conviction for commission of an aggravated felony, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Homeland Security to reapply for admission to the United States.

(In violation of Title 8, United States Code, Section 1326(a) and (b)(2).)

A TRUE BILL

Pursuant to the E-Government Act,, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

G. Zachary Terwilliger
United States Attorney

By: Joseph G. Rieu
Special Assistant United States Attorney
Marc J. Birnbaum
Assistant United States Attorney

FILED IN OPEN COURT
JUL 28 2020