
IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
IN OPEN COURT

FEB 14 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

JORGE JOVEL-BOJORQUEZ,

*Defendant.*

Criminal No. 1:20-CR-171

## STATEMENT OF FACTS

The United States and the defendant, JORGE JOVEL-BOJORQUEZ (hereinafter, "JOVEL-BOJORQUEZ"), agree that the allegations in the criminal Indictment and the following facts are true and accurate, and that had this matter proceeded at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1. JOVEL-BOJORQUEZ is a native and citizen of Guatemala, is an "alien" for the purposes of 8 U.S.C. § 1326, and he does not have either United States citizenship or lawful status in the United States.

2. On or about June 11, 2010, JOVEL-BOJORQUEZ was convicted by an Alford plea in the County Circuit Court at Arlington, Virginia for two counts of attempted robbery and one count of firearm use in the commission of attempted robbery in violation of Virginia Code §§ 18.2-58 and 18.2-53.1. For the purposes of this case, Mr. Jovel-Bojorquez does not contest that at least one of these convictions constitutes an aggravated felony as that term is defined in 8 U.S.C. § 1101(a)(43).

3. On or about February 16, 2012, pursuant to a final order of removal,

JOVEL-BOJORQUEZ was removed from the United States at or near Alexandria, Louisiana.

4. On an unknown date following his February 16, 2012, removal from the United States, JOVEL-BOJORQUEZ voluntarily and unlawfully re-entered the United States.

5. Agents from Immigration and Customs Enforcement ("ICE") first found JOVEL-BOJORQUEZ after he was arrested on or about August 26, 2019, for a probation violation in Arlington County, Virginia, which is within the Eastern District of Virginia.

6. JOVEL-BOJORQUEZ remained in state custody until his first appearance on this case on or about December 21, 2023, in the Eastern District of Virginia.

7. JOVEL-BOJORQUEZ's alien file lacks any evidence of an immigration benefit, document, or status that would allow him to enter, be admitted, pass through, or reside in the United States legally.

8. At no time following his February 16, 2012, removal and prior to his subsequent re-entry did JOVEL-BOJORQUEZ obtain the express permission of the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States or reapply for admission to the United States.

9. JOVEL-BOJORQUEZ's actions, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

10. This statement of the facts includes those facts necessary to support the defendant's plea. It does not include each and every fact known to the defendant or the United States, and is not intended to be a full enumeration of all the facts surrounding the defendant's case.

Respectfully submitted,

Jessica D. Aber
United States Attorney

Dated: February 14, 2024

*[signature]*

Joseph D. G. Castro
Special Assistant United States Attorney
April Russo
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: (703) 299-3809
Fax:    (703) 299-3801
Email: joseph.castro4@usdoj.gov

4

I have read the above Statement of Facts and carefully reviewed every part of it with my attorney and a Spanish language interpreter. After consulting with my attorney, I hereby stipulate that the Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
JORGE JOVEL-BOJORQUEZ
Defendant

I am Cadence Mertz, the defendant's attorney. With the assistance of a Spanish language interpreter, I have carefully reviewed the above Statement of Facts with the defendant. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Cadence Mertz
Counsel for JORGE JOVEL-BOJORQUEZ

5