IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Civil Action No. 1:20-cr-171 |
| | ) |
| JORGE JOVEL-BOJORQUEZ, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court on Defendant's Motion to Strike Surplusage from Indictment ("Motion"). Dkt. 16. As Defendant entered a plea of guilty as to Count 1 of the Indictment on February 14, 2024, it is hereby ORDERED that Defendant's Motion (Dkt. 16) is DENIED as moot.

It is SO ORDERED.

Alexandria, Virginia
May 8, 2024

/s/
Rossie D. Alston, Jr.
United States District Judge